# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3527
_____

Darryl Browder

Plaintiff - Appellant

Darnell Allen Browder; D.B., Minor Child; M.J., Minor Child; K.B., Minor Child; L.B., Minor Child

Plaintiffs

v.

Vasquez, Officer; William Price; Harden, Officer; John A. Jarvey, Judge; Broadlawns Medical Center; Engle, Officer; Stacie M Codr; J. Demoss, Officer; Gregory Brandt; State of Iowa; Polk County; Kellen Brooks Bubach; Latoya Faalafula; Joseph Seidlin; Robert B. Hanson; Iowa Secretary of State; City of Des Moines; William Graham; Martha Mertz, Judge

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:15-cv-00231-REL-CFB)

_____

**JUDGMENT**

Before BENTON, BOWMAN and SHEPHERD, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

February 19, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans